COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Chandra Corporation d/b/a Diamond Marquise v. Atashi Jewels, Inc.
                         d/b/a 7 Elements, Atit Patel and Neeta Patel

Appellate case number:   01-22-00270-CV

Trial court case number:  18-DCV-250844

Trial court:             458th District Court of Fort Bend County

On October 3, 2022, appellant Chandra Corporation d/b/a Diamond Marquise filed a suggestion of bankruptcy. On October 11, 2022, this Court issued an order staying the appeal in accordance with Rules 8.2 and 8.3. *See* TEX. R. APP. P. 8.2, 8.3.

On December 9, 2022, appellant filed a motion to lift the stay and reinstate the appeal on the active docket. Appellant attached a copy of an order signed by the judge of the United States Bankruptcy Court, District of New Jersey, in bankruptcy case number 22-17836, vacating the automatic stay for the purpose of allowing this appeal to go forward. Appellant states that it attempted to confer with appellee but had received no response concerning whether appellee opposed this motion. We held the motion for ten days and no opposition was filed.

Accordingly, we **grant** the motion and **lift** the stay. The appeal is **reinstated** on the active docket. The court reporter's request for an extension of time to file the reporter's record, filed on October 3, 2022, is **granted** and the reporter's record shall be filed **within 20 days of the date of this order**.

It is so ORDERED.


Judge's signature: ____/s/ Richard Hightower_____
                   ☑ Acting individually    ☐ Acting for the Court


Date:  __January 3, 2023_____